UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Ellenville Community Hospital,
DBA Ellenville Community Hospital

Debtors.

Chapter 7

Case No. 99-12187 LBR

STATEMENT OF
SMALL DIVIDENDS

Rec'vd 4/9/10 acc

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 8 | Bulb Direct Inc<br>1 Fishers Rd<br>Pittsford, NY 14534-9511 | $56.65 | $3.43 |
| 55 | Canada Dry Bottling Co of NY<br>112 02 15th Ave<br>College Point, NY 11356 | $67.60 | $4.08 |
| 63 | Victoria Marranca<br>39 Beaver Damm Rd<br>Ellenville, NY 12428 | $77.88 | $4.70 |
| 83 | Kross Safe & Office Furniture<br>75 Pleasant Valley Rd, PO Box 781<br>South Fallsburg, NY 12779 | $50.78 | $3.07 |
| 50R | Michael Durso<br>129 Spook Hole Rd<br>Ellenville, NY 12428 | $37.25 | $2.25 |

**TOTAL SMALL DIVIDENDS:**                $   17.53

Dated: March 31, 2010

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE
WOODS BLVD
ALBANY, NY 12211-2350
(518) 465-0400