UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Ellenville Community Hospital,
DBA Ellenville Community Hospital

Debtors.

Chapter 7

Case No. 99-12187 LER

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Connie A. Mattos<br>PO Box 319<br>Wawarsing, NY 12489 | $1,068.15 | $1,068.15 |
| 143 | Joseph T. Molloy 3rd<br>23 Catalpa Rd.<br>Newburgh, NY 12550 | $584.55 | $584.55 |
| 4R | VM Eimicke Associates Inc<br>PO Box 160<br>Bronxville, NY 10708 | $98.25 | $5.93 |
| 6 | Sofco Inc<br>PO Box 2201<br>Schenectady, NY 12301-2201 | $4,236.42 | $255.77 |
| 10R | Dodge Chamberlin Luzine Weber<br>Red Mill Rd<br>Rensselaer, NY 12144 | $49,135.79 | $2,966.48 |
| 13 | Marquette Medical Systems Inc<br>Accounts Receivable, PO Box 265<br>Milwaukee, WI 53288 | $2,942.00 | $177.62 |
| 15R | C & R Medical<br>7625 Hayvenhurst Ave, Suite 6<br>Van Nuys, CA 91406 | $199.00 | $12.01 |
| 16 | Gill Associates<br>2025 Hamburg Tpke, Suite M<br>Wayne, NJ 07470 | $290.75 | $17.55 |
| 17R | Aetna<br>960B Harvest Drive<br>Blue Bell, PA 19422 | $9,378.20 | $566.19 |
| 18 | Royal Supply Inc<br>PO Box 121<br>Pennsauken, NJ 08110 | $149.70 | $9.04 |

| | | | |
|---|---|---|---|
| 23 | Clement Communications Inc<br>PO Box 500<br>Concordville, PA 19331 | $171.41 | $10.35 |
| 26R | Nevele Grande<br>Nevele Rd<br>Ellenville, NY 12428 | $2,730.50 | $164.85 |
| 27 | Strauss Broadcasting<br>12 Tucker Dr<br>Poughkeepsie, NY 12603 | $3,606.07 | $217.71 |
| 29 | Olympus Corp<br>2 Corporate Center Dr<br>Melville, NY 11747 | $5,430.08 | $327.83 |
| 33 | Atlantic Medical Services Inc<br>45 E Main St<br>Holmdel, NJ 07733-2327 | $1,565.76 | $94.53 |
| 38R | Diagnostic Imaging<br>13 Commerce Dr.<br>Ballston Spa, NY 12020 | $9,366.08 | $565.46 |
| 41R | Ohmeda<br>7750 The Bluffs NW<br>Austell, GA 30168 | $746.00 | $45.04 |
| 43 | Time Warner Cable<br>PO Box 887<br>Middletown, NY 10940 | $1,225.08 | $73.96 |
| 46 | Abbot Office Systems<br>5012 Asbury Ave, PO Box 688<br>Farmingdale, NJ 07727 | $174.13 | $10.51 |
| 49 | Carter Wallace Inc<br>Wampole Laboratories Div, PO Box 1001<br>Cranbury, NJ 08512-0181 | $1,404.45 | $84.79 |
| 51 | SmithKline Beecham Clinical Laboratories<br>Renaissance Center 3500 Horizon Drive, Attn: Mail<br>Code RN-0162<br>King of Prussia, PA 19406 | $96,574.54 | $5,830.51 |
| 57 | Roto Rooter<br>6 Orchard Pl<br>Poughkeepsie, NY 12601 | $750.00 | $45.28 |
| 59 | Century Ambulance<br>Rockland Division, 4 Gannett Dr Suite 150<br>White Plains, NY 12425 | $11,501.58 | $694.39 |
| 61 | Laboratory Corporation of America<br>Perkins Law Group Suite 405, Quality, Place,300 East<br>Main Street<br>Lexington, KY 40507 | $9,867.87 | $595.75 |

| | | | |
|---|---|---:|---:|
| 65 | Graphic Controls Corp<br>PO Box 642<br>Buffalo, NY 14240-0642 | $277.00 | $16.72 |
| 66 | Community General Hospital<br>of Sullivan County, Bushville Rd<br>Harris, NY 12742 | $92,381.52 | $5,577.37 |
| 67 | New York Processor Service<br>594 Rt. 52<br>Carmel, NY 10512 | $10,932.78 | $660.05 |
| 69 | Mobile Life Support Services Inc<br>PO Box 471, 69 Dickson St<br>Newburgh, NY 12551 | $5,488.00 | $331.33 |
| 70 | Fischer Scientific Company<br>George W. Wright, Esq., 32 Mercer Street<br>Hackensack, NJ 07601 | $13,861.57 | $836.87 |
| 71 | Arlene McCaffrey<br>95 Selwyn St<br>Roslindale, MA 02131-1525 | $101.80 | $6.15 |
| 73 | Mercedes Medical Inc<br>PO Box 1416<br>Tallevast, FL 34270 | $2,484.52 | $150.00 |
| 80 | Dade Behring Inc.<br>1717 Deerfield Road<br>Deerfield, IL 60015 | $52,007.97 | $3,139.89 |
| 81 | Southeastern Library Counc<br>PO Box 879, 220 Rt 299<br>Highland, NY 12528 | $125.00 | $7.55 |
| 86 | Kingston City Labs<br>400 Broadway<br>Kingston, NY 12401 | $24,987.41 | $1,508.57 |
| 87 | Mary Wolf<br>51 Church St<br>Ellenville, NY 12428 | $195.07 | $11.78 |
| 90 | Ace Hardware Co Inc<br>PO Box 204, 87 Canal St<br>Ellenville, NY 12428 | $504.60 | $30.46 |
| 96 | Spacelabs Medical Inc<br>PO Box 101310<br>Atlanta, GA 30392 | $6,277.30 | $378.98 |
| 103 | La Touraine Coffee Co<br>PO Box 1213, Dept 15073<br>Newark, NJ 07101 | $475.26 | $28.69 |
| 105 | Parkside Associates Inc<br>205 W Touhy Ave, Suite 204<br>Park Ridge, IL 60068-4282 | $4,316.10 | $260.58 |

| | | | |
|---|---|---|---|
| 110 | Bell Atlantic<br>Bankruptcy Dept., 210 West 18th Street-Flr 15<br>New York, NY 10011 | $72,436.65 | $4,373.23 |
| 112 | Diane Koval<br>68 Yankee Folly Road<br>New Paltz, NY 12561 | $6,000.00 | $362.24 |
| 114 | Richies<br>Corner Center and Market St<br>Ellenville, NY 12428 | $792.50 | $47.85 |
| 122A | Afrodisio Caedo MD<br>166 Canal St<br>Ellenville, NY 12428 | $8,199.00 | $495.00 |
| 126 | Healthcare Association of NYS<br>74 North Pearl Street<br>Albany, NY 12207 | $50,463.00 | $3,046.61 |
| 129 | NYS Excess<br>74 N Pearl St<br>Albany, NY 12207 | $15,347.00 | $926.55 |
| 144 | Proctor and Gamble Pharmaceuticals In<br>PO Box 100562<br>Atlanta, GA 30348 | $1,918.44 | $115.82 |
| 146A | Mark E. Kohlhepp<br>PO Box 721<br>Hurley, NY 12443-0221 | $3,899.78 | $235.44 |
| 150A | Michael Roselle<br>POB 43<br>Summitville, NY 12781 | $4,792.30 | $289.33 |
| 152A | Ann Galvin<br>POB 275<br>Grahansville, NY 12740 | $8,923.90 | $538.76 |
| 154R | Mt Ellis Paper Co Inc<br>PO Box 4083<br>New Windsor, NY 12553 | $548.61 | $33.12 |
| 157 | Dorothy M. Chambers<br>39 Prospect terrace<br>Montgomery, NY 12549 | $97.72 | $5.90 |
| 163 | CSC<br>Precise Wiring Solutions, 775 Rt 82 Suite 8<br>Hopewell Junction, NY 12533 | $31,960.00 | $1,929.53 |
| 170 | US Department Health&Human Svcs.<br>United States Attorney, NDNY 100 South C, Attn: W.<br>Pease, AUSA, Chief<br>Syracuse, NY 13217-198 | $1,255,107.00 | $75,774.80 |

| | | | |
|---|---|---|---|
| 207 | NYS Excess<br>Healthcare Association of NYS, 74 North Pearl St.<br>Albany, NY 12207 | $50,463.00 | $3,046.61 |
| 213 | Syncor International Corporation<br>Cardinal Health Nuclear Pharmacy Service, 6464<br>Canoga Avenue<br>Woodland Hills, CA 91367 | $16,298.65 | $984.00 |
| 225A | CATHERINE SHANLEY<br>PO BOX 187<br>CRAGSMOOR, NY 12420 | $584.00 | $35.26 |
| 238A | Sharon Greer<br>POB 85<br>Wawarsing, NY 12489 | $830.00 | $50.11 |
| 239A | CHARLES HAYES<br>2 PERSHING AVENUE<br>ELLENVILLE, NY 12428 | $3,250.00 | $196.21 |
| 240A | Sharon Greer<br>POB 85<br>Wawarsing, NY 12489 | $4,020.00 | $242.70 |
| 242 | Olympus Corp<br>2 Corporate Center Dr<br>Melville, NY 11747 | $16,170.00 | $976.23 |
| 243 | CINDY PAGE<br>PO BOX 944<br>NAPANOCH, NY 12458 | $233.19 | $14.08 |
| 251 | Catskill Regional Medical Center<br>68 Harris-Bushville Road<br>Harris, NY 12742-0800 | $62,401.45 | $3,767.37 |

**TOTAL UNCLAIMED DIVIDENDS:**                                  **$   124,855.99**

Dated:  July 20, 2010

MICHAEL J. O'CONNOR
Trustee
O'CONNOR & O'CONNOR, PC, 20 CORPORATE
WOODS BLVD
ALBANY, NY  12211-2350
(518) 465-0400