UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re  Ellenville Community Hospital  )
[Set forth here all names including married, maiden, and trade )
names used by debtor within last 8 years.] )
)
)
Debtor )  Case No.  99-12187 - REL
)
)  Chapter  7
)
Employer's Tax Identification No(s). [if any]  14-6030018  )
Last four digits of Social Security No(s):  )

**ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS**

RECEIVED & FILED
FEB 22 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

2011 FEB 16 AM 10: 12
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY
RECEIVED

It is ordered that the application for payment of unclaimed funds in the amount of $75,774.80 is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy Clerk pay this unclaimed money to the order of:

U.S. Department of Health & Human Services
(Name of Creditor)

Centers for Medicare and Medicaid Services
26  Federal Plaza     Room   3800
(Address of Creditor)

New York, New York  10278
(Address of Creditor)

_____
(Address of Creditor)

520883104
(Tax Identification Number of Creditor)

BY THE COURT

_____
HON. ROBERT E. LITTLEFIELD, JR.
Chief U.S. Bankruptcy Judge

At  Albany, NY
DATE:  FEB 22 2011

F:69(01/01/2009)